# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**                               **CASE NO.** 13-40128-JAR

**CHRISTINE GUMBS,**

      **Defendant.**

## SEALED INDICTMENT

The Grand Jury charges that:

### COUNT 1

That beginning on or about May 16, 2013, and continuing until on or about September 18, 2013, in the District of Kansas, upon the Fort Riley Military Installation, and thus in the special territorial jurisdiction of the United States, and elsewhere, the defendant,

**Christine Gumbs**

knowing that an offense against the United States had been committed, namely Battery upon a Child under 16 years of Age and Reckless Child Endangerment, in violation of Articles 134 and Article 128 of the Uniform Code of Military Justice, by Javier J. Gumbs, thereafter received, relieved, comforted or assisted Javier J. Gumbs, in order to hinder and prevent the trial and/or punishment of Javier J. Gumbs, thereafter received, relieved, comforted or assisted Javier J. Gumbs, namely, provided a sworn written statement falsely confessing to the abuse of L.V., in order to hinder and prevent the trial

and/or punishment of Javier J. Gumbs in violation of Title 18, United States Code, Section 3.

## COUNT 2

That beginning on or about June 26, 2012, and continuing until on or about October 9, 2012, in the District of Kansas, upon the Fort Riley Military Installation, and thus in the special territorial jurisdiction of the United States, and elsewhere, the defendant,

### Christine Gumbs

did recklessly cause or permit L.V., a child under the age of 18 years (dob:      07) to be placed in a situation in which L.V.'s life, body or health was endangered, in violation of Title 18, United States Code, Section 13, and K.S.A. 21-5601.

## COUNT 3

That beginning on or about June 26, 2012, and continuing until on or about October 9, 2012, in the District of Kansas, upon the Fort Riley Military Installation, and thus in the special territorial jurisdiction of the United States, and elsewhere, the defendant,

### Christine Gumbs

did recklessly cause or permit C.T., a child under the age of 18 years (dob:     05) to be placed in a situation in which C.T.'s life, body or health was endangered, in violation of Title 18, United States Code, Section 13, and K.S.A. 21-5601.

## COUNT 4

That beginning on or about June 26, 2012, and continuing until on or about October 9, 2012, in the District of Kansas, upon the Fort Riley Military Installation, and thus in the special territorial jurisdiction of the United States, and elsewhere, the defendant,

## Christine Gumbs

did recklessly cause or permit J.G., a child under the age of 18 years (dob:    /11) to be placed in a situation in which J.G.'s life, body or health was endangered, in violation of Title 18, United States Code, Section 13, and K.S.A. 21-5601.

**A TRUE BILL**

 October 16, 2013                    s/Foreperson
DATE                                 FOREPERSON OF THE GRAND JURY


 s/Robin A. Graham, KS #19249
Special Assistant United States Attorney
for BARRY R. GRISSOM
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: 913.551.6730
Fax: 913.551.6541
barry.grissom@usdoj.gov


[It is requested that trial be held in Topeka, Kansas]