IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
          Plaintiff,

vs.                    No. 13-40128-JAR

CHRISTINE GUMBS
          Defendant.

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Robin A. Graham, Special Assistant United States Attorney, and hereby moves the court for an order to unseal the Indictment in the above-captioned matter.

Wherefore, it is respectfully requested that the Indictment herein be unsealed.

Dated this  17th  day of  October, 2013.

          Respectfully submitted,

          BARRY R. GRISSOM
          United States Attorney

          /s/ Robin . Graham
          Robin A. Graham, # 19249
          Special Assistant United States Attorney
          444 SE Quincy, Room 290
          Topeka, KS    66683
          (785) 295-2850