IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
        Plaintiff,

        vs.                        No.  13-40128-JAR

CHRISTINE GUMBS,
            Defendant.

ORDER TO UNSEAL INDICTMENT

Now on this   18th   day of _____October_____, 2013, comes the
above-referenced matter upon the motion of the United States to unseal the
Indictment herein.  The court, being duly advised in the matter, finds that said
motion should be granted.

It is hereby ordered that the Indictment in the above-captioned matter be
unsealed.

IT IS SO ORDERED.

                    s/K. Gary Sebelius____
                    K. GARY SEBELIUS
                    UNITED STATES MAGISTRATE JUDGE