AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____District of Kansas_____

## APPEARANCE

United States of America,
                Plaintiff,

    vs.                                        CASE NUMBER: 13-40128-01-JAR

Christine Gumbs,
                Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

        Christine Gumbs, Defendant.

    I certify that I am admitted to practice in this court.

October 22, 2013                      s/Andrew J. McGowan        16216
                                          Print Name                                Bar Number

                                          Assistant Federal Public Defender
                                          117 SW 6th Avenue, Suite 200
                                          Address

                                          Topeka, Kansas                    66603
                                          City        State                                Zip Code

                                          785/232-9828                  785/232-9886
                                          Phone Number                            Fax Number

                                          E-Mail Address: Andrew_Mcgowan@fd.org