CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | | Case No: | 13-40128-JAR |
| v. | | Age: | 28 |
| | | Education: | 2 years of college, no degree |
| CHRISTINE GUMBS | | AUSA: | Robin Graham & Christine Kenney |
| | | Deft. Atty.: | Andy McGowan, AFPD |
| | | | x  Appointed  _____ Retained |
| JUDGE: | Sebelius | DATE: | OCTOBER 22, 2013 |
| DEPUTY CLERK: | Gilchrist | REPORTER: | Network @ 9:59 AM |
| Location: | Topeka, Kansas | PRETRIAL/PROBATION: | COREY KIRK |

Length of Hearing:   Rule 5: 8 min.   Arraignment: 1 min.   Discovery Conference: 1 min.
                     Hearing Completed: Yes

## PROCEEDINGS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (x) | Initial Rule 5 Hearing | | ( ) | Initial Revocation Hearing | | ( ) | Bond Hearing |
| ( ) | ID/Removal Hearing | | ( ) | Held   ( ) Waived | | ( ) | Bond Revocation |
| ( ) | Preliminary Hearing | | ( ) | Held   ( ) Waived | | ( ) | Upon Petition for Hearing |
| ( ) | Detention Hearing | | ( ) | Held   ( ) Waived | | | for Offender Under Supervision |
| (x) | Arraignment | | (x) | Held   ( ) Waived | | | |
| (x) | Discovery Conference | | (x) | Held | | | |

- ( ) Interpreter:
- (x) Charges and penalties explained to defendant
- (x) Defendant sworn and examined re: financial ability to retain counsel
- (x) Counsel appointed          ( ) At defendant's expense
- (x) Constitutional rights explained    (x) Felony        ( ) Misdemeanor
- ( ) Defendant declined to waive indictment   ( ) Will be presented by next Grand Jury
- ( ) Signed Waiver of Indictment
- ( ) Advised of rights under       ( ) Rule 20     ( ) Rule 40
- ( ) Signed Consent to Transfer (Rule 20)
- ( ) Petition to Enter Plea Filed       ( ) Plea Agreement Attached
- ( ) Transfer under Rule 40 to:
- ( ) Defendant acknowledged receipt of petition for offender under supervision
- (x) ARRAIGNMENT AND PLEA:                            (4) No. of Counts
  - (x) Waived Reading of  (x) Indictment   ( ) Information   ( ) Read to Defendant
  - ( ) Previous Plea      ( ) Guilty       ( ) Not Guilty    Counts: Withdrawn
  - ( ) Guilty                                                 Counts: Accepted
  - (x) Not Guilty                                             Count(s): 1-4
- ( ) Bail Denied           ( ) Bail fixed at              ( ) Bail remain at
- ( ) $                     ( ) Unsecured                  ( ) Secured
- ( ) Release Order         ( ) Executed                   ( ) Continued in effect
- (x) Deft. remanded to temp custody  ( ) Pending compliance with conditions of release
- ( ) Detention Ordered

The Pretrial Order will be issued by Judge Robinson
    Joint Speedy Trial Act motion:   **21 DAYS AFTER ARRAIGNMENT**
Defendant's next appearance: Detention hearing 10/29/13 at 10:30 AM before Magistrate Judge Sebelius

Miscellaneous: The court appoints the Federal Public Defender to represent the defendant. Government moves for pretrial detention. The court sets a detention hearing for 10/29/13 at 10:30 AM before Magistrate Judge Sebelius. The court finds that the period of delay resulting from the granting of the continuance for a detention hearing shall be excludable time pursuant to 18 U.S.C. § 3161(h)(7) in that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial. Defendant stands silent and the court enters a "not guilty" plea on behalf of the defendant to the charges in the indictment. Defendant is remanded to the custody of the United States Marshal's Service pending further proceedings in this matter.