◇AO 442     (Rev. 08/07) Warrant for Arrest        **SEALED**

# UNITED STATES DISTRICT COURT

District of _____ Kansas _____

UNITED STATES OF AMERICA

V.

CHRISTINE GUMBS

**WARRANT FOR ARREST**

Case Number: 13-40128-JAR



**FILED**
OCT 23 2013
Clerk, U.S. District Court
By: _MB_ Deputy Clerk

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **CHRISTINE GUMBS** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with   (brief description of offense)

Ct 1 - 18 USC 3 (Accessory after the fact); Cts 2 to 4 - 18 USC 13 (K.S.A. 21-5601) (Endangering a child on Federal Property)

☑ in violation of Title  18  United States Code, Section(s)  3 and 13 (KSA 21-5601)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| TIMOTHY M. O'BRIEN | *M. Barnes, Deputy Clerk* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | October 16, 2013 at Topeka, Kansas |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at   Fort Riley, KS

| DATE RECEIVED 10/17/2013 | NAME AND TITLE OF ARRESTING OFFICER Jason Sahin, SA | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/17/2013 | | |