CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.                                                              Case No:        13-40128-JAR

CHRISTINE GUMBS                                  Age:
                                                                AUSA:           Robin Graham & Christine Kenney
                                                                Deft. Atty.:    Andy McGowan, AFPD
                                                                  x    Appointed          Retained

| JUDGE: | Sebelius | DATE: 10/29/13 |
|---|---|---|
| DEPUTY CLERK: | Gilchrist | REPORTER: Network @ 10:52 AM |
| Location: | Topeka, Kansas | PRETRIAL/PROBATION: COREY KIRK |

Length of Hearing:    Detention Hearing:    13 min.
                      Hearing Completed: yes

## PROCEEDINGS

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Initial Rule 5 Hearing | ( ) | Initial Revocation Hearing | | ( ) | Bond Hearing |
| ( ) | ID/Removal Hearing | ( ) | Held | ( ) Waived | ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) | Held | ( ) Waived | ( ) | Upon Petition for Offender |
| (x) | Detention Hearing | (x) | Held | ( ) Waived | | Under Supervision |
| ( ) | Arraignment | ( ) | Held | ( ) Waived | | |

( ) Interpreter:
( ) Charges and penalties explained to defendant
( ) Defendant sworn and examined re: financial ability to retain counsel
( ) Counsel appointed                                       ( ) At defendant's expense
( ) Constitutional rights explained                         ( ) Felony          ( ) Misdemeanor
( ) Defendant declined to waive indictment                  ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under                                 ( ) Rule 20     ( ) Rule 40
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed                            ( ) Plea Agreement Attached
( ) Transfer under Rule 40 to:
( ) Defendant acknowledged receipt of petition for offender under supervision

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Bail Denied | (x) | Bail fixed at O/R | | ( ) | Bail remain at |
| ( ) | $ | (x) | Unsecured | | ( ) | Secured |
| (x) | Release Order | (x) | Executed in open court | | ( ) | Continued in effect |
| (x) | Deft. remanded to temp custody | (x) | Pending compliance with conditions of release | | | |
| ( ) | Detention Ordered | | | | | |

Miscellaneous:   The court, after hearing the pretrial release plan of the parties, orders that defendant be released on conditions of pretrial release with an O/R bond.   Defendant shall remain in the temporary custody of the U.S. Marshal Service pending compliance with the conditions.