IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 13-40128-01-JAR |
| | ) | |
| CHRISTINE GUMBS, | ) | |
| Defendant. | ) | |
| _____ | ) | |

## JOINT MOTION TO TOLL SPEEDY TRIAL

The plaintiff, United States of America, and the Accused, Christine Gumbs, through undersigned counsel, move the Court to toll the Speedy Trial clock and to set deadlines accordingly. This motion is defense counsel's best effort to comply with Judge Robinson's Pretrial Order (Doc. 10).

**Procedural history:** Ms. Gumbs was indicted on October 16, 2013, and made her initial appearance in this matter on October 22, 2013. Ms. Gumbs is on conditional pretrial release. No prior continuances have been requested.

**Meet and Confer:** The parties have met and conferred as ordered by the Court in the Pretrial Order (Doc. 10).

**Additional time is required:** Discovery has been provided, but additional time is needed to gather additional records, which include the transcript of the court martial proceeding, to review the discovery and consult with the accused before an informed decision can be made on how to proceed in the case.

**Additional time is justified under the Speedy Trial Act:** This continuance is in the best interest of the accused, the Government, and the public, as everyone involved can make an informed decision[1].

Failure to grant additional time would deny counsel for the accused the reasonable time necessary for effective preparation[2] for either a plea or trial. This is sufficient reason for the delay and tolling the Speedy Trial clock. This also conforms with the requirements of *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**Proposed Scheduling:** The parties propose the following schedule, and agree that it is a realistic and firm proposal for final disposition of this case:

Motions deadline set in 90 days.

Motions hearing/status conference and jury trial set as the Court's calendar will permit.

Estimated trial time is three to four (3-4) days.

Wherefore, the parties ask this Court to grant this motion.

Respectfully submitted,

S/ Andrew J. McGowan     #16216
ANDREW J. McGOWAN
Assistant Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka KS 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
Email: Andrew_McGowan@fd.org

---

[1] 18 U.S.C. §3161(h)(7).

[2] 18 U.S.C. §3161(h)(7)(B)(iv).

S/ Christine Kenney
CHRISTINE KENNEY
Assistant United States Attorney
444 SE Quincy, Suite 290
Topeka, Kansas   66683
Phone: 785/295-2850
Fax: 785/295-2853
Email:Christine.Kenney@usdoj.gov


S/Robin A. Graham
ROBIN A. GRAHAM
OSJA
216 Custer Avenue
Clausen Hall, Bldg. 216
Fort Riley, KS 66442
Phone:  785-239-6033
Fax: 785-239-0575
Email: robin.a.graham2.civ@mail.mil


**CERTIFICATE OF SERVICE**

    I hereby certify that on November 12, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christine Kenney
Assistant United States Attorney
Christine.Kenney@usdoj.gov

Robin A. Graham
OSJA
robin.a.graham2.civ@mail.mil


S/ Andrew J. McGowan