IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                Plaintiff,  )<br>                                              )<br>          vs.                             )<br>                                              )<br>CHRISTINE GUMBS,              )<br>                                Defendant.  )<br>_____) | Case No. 13-40128-01-JAR |

# **O R D E R**

**NOW** on this 15th day of November, 2013, the above-entitled matter comes before the Court upon the *"Joint Motion to Toll Speedy Trial"*. The Court has reviewed the motion and is fully advised in the premises.

The parties met and conferred as ordered by the Court in Judge Robinson's Pretrial Order (Doc. 10), and jointly agreed that more time was required so that defense counsel can obtain additional reports, review the discovery, evaluate the case and confer with his client before determining how best to proceed in this matter.

Based on the detailed information set forth in the motion, the Court finds under 18 U.S.C. § 3161(h)(7)(B) that failure to grant a continuance would unreasonably deny the accused the reasonable time necessary to determine if this matter can be resolved without the necessity of a trial, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by granting an extension of time outweigh the best interests of the public and accused in a speedy trial. *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**IT IS THEREFORE ORDERED** that the *"Joint Motion to Toll Speedy Trial"* is hereby **granted**.

**IT IS FURTHER ORDERED** that the motions deadline is set for February 13, 2014. The government's response deadline is set for February 20, 2014. The motions hearing/ status conference is scheduled for March 10, 2014, at 9:00 a.m., and the trial is scheduled to begin April 8, 2014, at 9:00 a..m.

**IT IS FURTHER ORDERED** that the period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

Dated: November 15, 2013

                                         S/ Julie A. Robinson  
                                         JULIE A. ROBINSON  
                                         UNITED STATES DISTRICT JUDGE