IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>           Plaintiff,           )<br>                               )     Case No. 13-40128-01-JAR<br>v.                             )<br>                               )<br>CHRISTINE GUMBS,               )<br>                               )<br>           Defendant.          )<br>_____) | |

**NOTICE OF GOVERNMENT'S EXPERT WITNESS
AND REQUEST FOR DEFENSE EXPERT WITNESS DISCLOSURE**

The United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Robin A. Graham, Special Assistant United States Attorney for said District, submits the following:

**Notice of Expert Witness**

Pursuant to Federal Rules of Criminal Procedure 16(a)(1)(G), the government will call the following witness to testify as an expert:

1.   Dr. Terra Nicole Frazier, D.O. Dr. Frazier will testify that she is a child abuse pediatrician employed at Children's Mercy Hospital & Clinics (CMH)

1

in Kansas City, MO on the Pediatric Abuse and Neglect Team. She will testify that she was a treating physician to L.V. and diagnosed his injuries as non-accidental trauma. She will testify to the types of testing that was performed and the injuries she observed during her examination and treatment of L.V. She will testify as to the nature of the injuries, types of injuries and testify to sources of injuries or mechanisms in which the injuries are consistent with. She will testify to the types of injuries and the healing stages of the various injuries. Additionally, she will testify to her conversations with the defendant during the treatment of L.V.

The government has previously produced the three page memorandum from Dr. Frazier, the photographs taken during her examination and her testimony during the courts-martial.

Finally, the government incorporates the above witnesses' curriculum vitae into this notice, and will provide copies of the same to defense counsel subsequent to the filing of this notice.

### Reciprocal Expert Disclosure

Pursuant to Federal Rules of Criminal Procedure 16(b)(1)(C), the government requests written notice of any expert witnesses the defendant plans to call at trial.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

/s/ Robin A. Graham
Robin A. Graham, #19249
Special Assistant U.S. Attorney
216 Custer Ave.
Fort Riley, KS  66442
(785) 239-6033
robin.a.graham2.civ@mail.mil

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2014, I electronically filed the foregoing response with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Robin A. Graham
Robin A. Graham, #19249
Special Assistant U.S. Attorney
216 Custer Ave.
Fort Riley, KS  66442
(785) 239-6033
robin.a.graham2.civ@mail.mil