IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )
                               )
v.                             )        Case No. 13-40128-01-JAR
                               )
CHRISTINE GUMBS,               )
                               )
                Defendant.     )
_____      )

## MOTION FOR ADDITIONAL TIME TO FILE RESPONSES
## TO DEFENDANT'S PRETRIAL MOTIONS

The United States of America, by and through Barry R. Grissom, United

States Attorney for the District of Kansas, and Robin A. Graham, Special Assistant

United States Attorney for said District, moves this Court for an Order granting

additional time to file its response to the defendant's pretrial motions.  In support

of this Motion, the United States submits the following:

1.      The defendant's pretrial motions were originally due February 13,

2014, and the government was given seven days to February 20, 2014 to file

responses.  (Docs. 18, 19)

1

2.    The defendant was granted additional time to review the discovery and file motions.   Pretrial motions were due February 27, 2014, and the government was given seven days to March 7, 2014 to file responses.

3.    The defendant's motions consist of two complex motions to dismiss and a motion for a bill of particulars, and counsel for the government requires more time in which to adequately research and respond.

4.    Counsel for the government requests that the deadline to file its responses be extended for an additional four calendar days, to March 11, 2014.

5.    Counsel for the defendant has no objection to this request for additional time to file responses.

6.    The additional time requested will not prejudice the parties herein.

7.    In addition, this matter is set for a motions hearing on the motions on March 17, 2014 at 9:00 a.m.  Both parties expect the hearing to last approximately one hour.

Based upon the above, the government respectfully requests this Court for an Order granting additional time to file its responses to March 11, 2014.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

/s/ Robin A. Graham
Robin A. Graham, #19249
Special Assistant U.S. Attorney
216 Custer Ave.
Fort Riley, Kansas 66442
(785) 239-6033
Robin.a.graham2.civ@mail.mil

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2014, I electronically filed the

foregoing Notice with the clerk of the court by using the CM/ECF system, which

will send a notice of electronic filing to all counsel of record.

/s/ Robin A. Graham
Robin A. Graham, #19249
Special Assistant U.S. Attorney
216 Custer Ave.
Fort Riley, Kansas 66442
(785) 239-6033
Robin.a.graham2.civ@mail.mil