IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-40128-01-JAR |
| ) | |
| CHRISTINE GUMBS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER GRANTING MOTION FOR ADDITIONAL TIME TO FILE RESPONSES TO DEFENDANT'S PRETRIAL MOTIONS**

On this 7th day of March, 2014, the above-entitled matter comes before the Court on the motion of the United States of America for an order to granting additional time to respond to the defendant's pretrial motions. The Court, after

1. The defendant's pretrial motions were originally due February 13, 2014, and the government was given seven days to February 20, 2014 to file responses. (Docs. 18, 19)

2. The defendant was granted additional time to review the discovery and file motions. Pretrial motions were due February 27, 2014, and the government was given seven days to March 7, 2014 to file responses.

1

3.     The defendant's motions consist of two complex motions to dismiss and a motion for a bill of particulars and counsel for the government requires more time in which to adequately research and respond.

4.     Counsel for the government requests that the deadline to file its responses be extended for an additional four calendar days, to March 11, 2014.

5.     Counsel for the defendant has no objection to this request for additional time to file responses.

6.     The additional time requested will not prejudice the parties herein.

7.     In addition, this matter is set for a motions hearing on the motions on March 17, 2014 at 9:00 a.m.  Both parties expect the hearing to last approximately one hour.

**IT IS THEREFORE ORDERED** that the government shall file its responses to the defendant's pretrial motions no later than **March 11, 2014.**

Dated: March 7, 2014

                                            S/ Julie A. Robinson
                                            JULIE A. ROBINSON
                                            UNITED STATES DISTRICT JUDGE