IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 13-40128-01-JAR |
| CHRISTINE GUMBS, | ) |
| Defendant. | ) |

## Bill of Particulars

The United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Robin A. Graham, Special Assistant United States Attorney for said District, submits this Bill of Particulars in accordance with the court order of March 17, 2014, granting the defendant's motion for specifics regarding all of the counts.

1. As to count 1, the defendant is charged with **Accessory after the Fact**, in violation of 18 U.S.C. § 3. The Indictment alleges that the offense began in May 16, 2013, and continued until on or about September 18, 2013.

    a.    On February 20, 2013, Specialist Javier J. Gumbs, the defendant's husband, was charged with violation of the Uniform Code of Military Justice. At the time the charges were filed against Specialist Gumbs, he and the defendant were living together on Fort Riley. On May

1

15, 2013, less than 30 days before Specialist Gumbs' Court Martial (scheduled for June 10-12, 2013), the defendant went to Armed Forces Bank located on Ft. Riley, and prepared a statement taking full responsibility for burning L.V. In her signed and notarized confession, the defendant stated, "To Whom it may Concern, I, Christine D. Gumbs, hereby confess to hurting [L.V.] (name omitted). I burned him on his body and his stomach with our grill lighter. I also stretched his arms across the stove while it was on causing the burns on his arms." The confession was notarized and signed by the defendant.

    b.    Specialist Gumbs' defense team moved for an immediate continuance based on the defendant's confession, and the trial was moved into September 2013.

    c.    At the Court Martial, Specialist Gumbs used the defendant's confession as his defense and presented evidence that the defendant burned L.V. The defendant testified that she drafted the document and she was aware that Court Martial charges were pending against her husband when she drafted the document, but asserted her 5th Amendment rights when questioned about the substance of the statement and if she burned L.V.

    2.    As to counts 2 - 4, the defendant is charged with **Aggravated Endangering A Child**, in violation of K.S.A. 21-5601 and 18 U.S.C. § 13(a). The Indictment alleges that the defendant, beginning on June 26, 2012 and continuing until on or about October 9, 2012, recklessly caused or permitted a child under the age of 18 years to be placed in a situation in which the child's life, body or health was endangered.

    a.    Each count represents one of the children living in the home with the defendant and Specialist Gumbs during the time frame charged: [L.V. - age 5], [C.T. - age 7], and [J.G. - age 1].

    b.    The defendant is the biological mother of all three children and is married to Specialist Javier Gumbs who is in the military. The Family resided on Fort Riley.

    c.    The family moved, into military housing on Fort Riley, in June 2012.

    d.    L.V. stated the abuse started while he lived on Fort Riley, but he cannot give exact dates or when it started.

    e.    While living on Fort Riley, L.V. said he was burned with a gas stove, hot water and a grill lighter. L.V. said that he was spanked with a belt, punched, and kicked. L.V. also stated that he had to lie down or would be held down while the Rottweiler bit his ankles.

    f.    C.T. and L.V. stated that C.T. had to hold L.V. down or [C.T.] would get burned too.

    g.    Dr. Terra Frazier, the treating physician, will testify that L.V.'s injuries occurred during multiple episodes of abuse and there is no way to determine, with complete certainty, how old the wounds or the scars are.

    h.    Dr. Frazier will testify that some of the injuries and scars could be months old and some of the fresher wounds could be as new as days old. Additionally, she will testify that the injuries and scars are over multiple dates that occurred over a range of time. She will testify that it is not possible to determine the date of the specific injuries.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

/s/ Robin A. Graham
Robin A. Graham, #19249
Special Assistant U.S. Attorney
216 Custer Ave.
Fort Riley, Kansas 66442
(785) 239-6033
Robin.a.graham2.civ@mail.mil

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2014, I electronically filed the foregoing notice with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Robin A. Graham
Robin A. Graham, #19249
Special Assistant U.S. Attorney
216 Custer Ave.
Fort Riley, Kansas 66442
(785) 239-6033
Robin.a.graham2.civ@mail.mil