AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court

DISTRICT OF **Kansas**

UNITED STATES OF AMERICA

v.

Christine Gumbs

## WARRANT FOR ARREST

CASE NUMBER: 13-cr-40128-~~JAR~~ DDC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Christine Gumbs**
                                              Name

and bring him or her forwith to the nearest magistrate judge to answer a(n)

Superseding
[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her   (brief description of offense)

Ct. 1-2, 18 USC 3: Accessory after the fact
Ct. 3-5, 18 USC 13 and KSA 21-5601, Aggravated child endangerment

*[Stamp: UNITED STATES MARSHAL RECEIVED TOPEKA, KS 2014 JUN -4 PM 2:46]*

in violation of _____18_____ United States Code, Section(s) ___3___

TIMOTHY M. O'BRIEN                        _____/s/_____ Deputy Clerk
Name of Issuing Officer                    Signature of Issuing Officer

Clerk of Court                             June 4, 2014         at Topeka, Kansas
Title of Issuing Officer                   Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant  TOPEKA, KS

| DATE RECEIVED 06/04/14 | NAME AND TITLE OF ARRESTING OFFIi ANDREW DUNN | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 06/10/14 | | |