IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|        Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-40128-01-JAR |
| ) | |
| CHRISTINE GUMBS, ) | |
|        Defendant. ) | |
| _____) | |

**MOTION FOR RETURN OF PASSPORT**

**COMES NOW** Christine Gumbs, by and through counsel, Andrew J. McGowan, Assistant Federal Public Defender for the District of Kansas, and moves this Court for an Order granting the return of the defendant's passport for one day on August 7, 2014. In support of this motion, the accused states as follows:

1.  Ms. Gumbs surrendered her passport to the United States District Court on December 20, 2013.

2.  Ms. Gumbs needs to obtain a Kansas driver's license in her maiden name, "Kilpatrick." As part of her recent divorce, she changed her last name back to "Kilpatrick." With the assistance of her probation officer, she has gone to the Kansas Department of Motor Vehicles twice with the forms of identification that she has. Each time, the representative of the state has rejected her application for a Kansas driver's license. She believes that she would be able to obtain a license if she additionally took

1

her passport with her to the Kansas Department of Motor Vehicles.  This would provide her a form of identification with an official photo I.D. that already shows the name Kilpatrick because her passport was issued in her maiden name, Christine Kilpatrick.

    3.  The government has no objection to this request.

    4.  Ms. Gumbs would request this Court to return her passport to her for one day, August 7, 2014, from 9:00 a.m. to 3:00 p.m., to allow her to obtain a new driver's license.

**WHEREFORE**, the accused respectfully moves this Court for an Order granting the return of her passport for one day on August 7, 2014.

Respectfully submitted,

S/ Andrew J. McGowan     #16216
ANDREW J. McGOWAN
Assistant Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka KS 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
Email: Andrew_McGowan@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 30, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christine Kenney
Assistant United States Attorney
Christine.Kenney@usdoj.gov

Robin A. Graham
OSJA
robin.a.graham2.civ@mail.mil

                                                S/ Andrew J. McGowan