**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL PRETRIAL PROCEEDINGS**

| UNITED STATES OF AMERICA, | Christine E. Kenney |
|---|---|
| | Robin A. Graham |
| Plaintiff, | |
| v. | Case No: 13-40128-01-DDC |
| CHRISTINE GUMBS | Andrew J. McGowan |
| | Kirk C. Redmond |
| Defendant. | |

| JUDGE: | Daniel D. Crabtree | DATE: | 8/4/2014 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Sherry Harris |
| INTERPRETER: | | PROBATION: | |

## PROCEEDINGS

☐ Arraignment & Plea         ☐ Waiver of Indictment         ☒ Felony
☒ Change of Plea             ☐ Appearance                   ☐ Misdemeanor

☐ Interpreter     ☐ Sworn     ☐ Previously Sworn

☒ Constitutional Rights Explained
☐ Declines to Waive Indictment         ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment          ☐ Information filed
☐ Signed Consent to Transfer (Rule 20)

☒ Waived Reading of:     ☐ Read to Defendant:
    ☒ Superseding Indictment
    ☐ Information
    ☒ Number of Counts: 2

☒ Petition to Enter Plea Filed         ☐ Plea Agreement Attached

   ☒ Previous Plea of
      ☐ Guilty   ☒ Not Guilty     Counts: 2 withdrawn

   ☒ Plea of GUILTY as to Counts 2 Accepted

   ☐ Plea of NOT GUILTY as to Counts

☒ Judgment Deferred     ☒ PSI Ordered   ☒ Sentencing set for: October 27, 2014 at 1:30 p.m.
☒ Continued on Present Bail        ☐ Remanded to Custody
☐ Counts to be dismissed on Motion of the US at sentencing:
☒ OTHER: Defendant plead with no plea agreement.