FILED IN OPEN COURT
8/4/2014
TIMOTHY M. O'BRIEN, CLERK
BY M. Garrett
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
        Plaintiff, )
)
vs. ) Case No. 13-40128-01-JAR
)
CHRISTINE KILPATRICK, )
        Defendant. )
_____ )

## FACTUAL BASIS

The parties agree the facts constituting the offense to which the defendant is pleading guilty are as follows:

    The defendant was married to Specialist Javier Gumbs and the family resided on Fort Riley, Kansas. In the home, there were three children. L.V. and C.T. are the biological children of defendant. Specialist Gumbs is the step-father of L.V and C.T. Specialist Gumbs and the defendant have a biological child J.G. On October 7, 2012, L.V., C.T. and J.G. lived with the defendant and Specialist Gumbs on Fort Riley, Kansas. L.V. was taken to Irwin Army Community Hospital on October 7, 2012, by his step-father, Specialist Javier Gumbs, with open wounds, lacerations and multiple injuries and scars. After multiple testing over several days, the Child Abuse and Neglect Team ruled that L.V. had non-accidental injuries consistent with inflicted trauma. L.V. eventually disclosed that Specialist Gumbs, had burned him with hot water, a gas stove and a charcoal lighter. Additionally, L.V. stated that Specialist Gumbs beat him with a belt and forced the family Rottweiler to bite his ankles. C.T. testified that when L.V. got in trouble Specialist Gumbs would make L.V. do pull-ups. C.T. further testified that, if L.V. didn't do the pull-ups, Specialist Gumbs would burn L.V. The defendant was interviewed by the Criminal Investigation Division on 10 October 2012, at Fort Riley, Kansas, and stated that she did not know where L.V.'s injuries came from.

On 20 February 2013, charges were brought against Specialist Gumbs for violating the Uniform Code of Military Justice. At the time the charges were brought against Specialist Gumbs, the defendant and Specialist Gumbs were living together on Fort Riley. On 15 May 2013, less than 30 days before Specialist Gumb's Court-Martial (scheduled for 10-12 June 2013), the defendant went to Armed Forces Bank and prepared a notarized statement, taking full responsibility for burning L.V. At the Court Martial, the defendant testified that she drafted the document and she was aware that Court Martial charges were pending against her husband when she drafted the document, but asserted her 5th Amendment rights when questioned about the substance of the statement and if she burned L.V.

_/s/ Kilpatrick_
CHRISTINE KILPATRICK

_/s/ Andrew J. McGowan_
ANDREW J. McGOWAN
Assistant Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka KS 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
Email: Andrew_McGowan@fd.org

_/s/ Kirk Redmond_
KIRK REDMOND    #18914
Assistant Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka KS 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
E-mail: kirk_redmond@fd.org