IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,                PLAINTIFF,

V.                                       CR. NO.  13-40128-01-DDC

CHRISTINE GUMBS,                         DEFENDANT.

RECEIPT

This will acknowledge receipt of Passport Number  449861697  previously surrendered to the Court pursuant to a prior Order of the Court.

Date  8/7/2014                           Christine Gumbs
                                         Owner of Passport

Document used for identification purposes:

*[signature: Gumbs Kilpatrick]*

Revised 06/06