IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,            )
                              Plaintiff,   )
                                      )
   vs.                                  )   Case No.  13-40128-01-DDC
                                      )
CHRISTINE KILPATRICK,                )
                              Defendant.   )
_____)

## **O R D E R**

**NOW ON THIS** 8th day of September, 2014, the above-entitled matter comes before the Court upon the defendant's notice that her true legal name is Christine Kilpatrick.

The parties are in agreement that defendant was restored to her maiden name of Christine Kilpatrick pursuant to the Decree of Divorce filed in the District Court of Geary County, Kansas, Case No. 2014-DM-000016 and also agree that all future pleadings in the above-entitled case should be filed under Christine Kilpatrick.

IT IS THEREFORE BY THE COURT ORDERED that the above-entitled case should be amended to reflect that the defendant's name is Christine Kilpatrick and that all future pleadings should be filed under that name.

**IT IS SO ORDERED**.

s/ Daniel D. Crabtree
HONORABLE DANIEL D. CRABTREE
United States District Judge

Approved:


S/Christine E. Kenney
CHRISTINE E. KENNEY #13542
Assistant United States Attorney
444 SE Quincy    Room 290
Topeka KS 66683
785/295-2850
Christine.kenney@usdoj.gov



S/Andrew J. McGowan
ANDREW J. McGOWAN   #16216
Assistant Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka KS 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
Email: Andrew_McGowan@fd.org

2