IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-40128-01-DDC |
| ) | |
| CHRISTINE GUMBS, ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER FOR RETURN OF PASSPORT

**NOW ON THIS** 8th day of September, 2014, the above-entitled matter comes before the Court upon the motion of the defendant for an order granting the return of the defendant's passport. The Court finds that there exists good cause for the motion, and that the motion should therefore be sustained.

**IT IS THEREFORE ORDERED** that the Clerk of the United States District Court for the District of Kansas shall immediately return Ms. Gumbs' passport to her on September 11, 2014 from 9:00 a.m. to 3:00 p.m.

**IT IS SO ORDERED.**

s/ Daniel D. Crabtree
Hon. Daniel D. Crabtree
United States District Judge