IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,    )
                         Plaintiff,    )
                                    )
    vs.    )    Case No. 13-40128-01-DDC
                                    )
CHRISTINE KILPATRICK,    )
                        Defendant.    )
_____)

**MOTION TO MODIFY CONDITIONS**
**OF PRETRIAL RELEASE**

**COMES NOW** Christine Kilpatrick, by and through counsel, Andrew J. McGowan, Assistant Federal Public Defender for the District of Kansas, and moves this Court for an Order modifying the conditions of her pretrial release to allow Ms. Kilpatrick to travel to the Virgin Islands and to have contact with C.T.  In support of this motion, Ms. Kilpatrick states as follows:

    1.  Ms. Kilpatrick is currently on pretrial release.

    2. On June 10, 2014 the conditions of release were modified by the Consent to Modify Conditions of Release (Doc. 49) to allow Ms. Kilpatrick to have contact with C.T. and L.V. by phone or Skype. Also, as a condition of her release, Ms. Kilpatrick may only travel within the state of Kansas.

3. C.T.'s paternal grandfather, who he was very close to, passed away unexpectedly. The funeral service is scheduled for December 6, 2014. C.T. is having a difficult time with his grandfather's death and is asking to see his mother. The wife of the recently deceased, C.T.'s grandmother, has been calling both the prosecutor and defense counsel asking that Ms. Kilpatrick be allowed to see C.T. She believes that this meeting would be in C.T.'s best interest. She has advised the investigator for the Federal Defender for Kansas that she would be willing to supervise any such visitation.

4. Ms. Kilpatrick is asking to be allowed to travel to the Virgin Islands for a duration of 5 days to be able to comfort her son during this difficult time. Visits with him will be supervised by C.T.'s grandmother.

5. At this time, Ms. Kilpatrick is not requesting permission to see L.V. We have not been able to speak with L.V.'s father to see if he would agree to these visits.

6. The government has been contacted about this request for modification and have indicated that they will defer to her probation officer.

**WHEREFORE**, Ms. Kilpatrick respectfully moves this Court for an Order granting modification of her conditions of pretrial release to allow her to travel to the Virgin Islands for 5 days and to have supervised contact with her son, C.T.

Respectfully submitted,

S/ Andrew J. McGowan     #16216
ANDREW J. McGOWAN
Assistant Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka KS 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
Email: Andrew_McGowan@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christine Kenney
Assistant United States Attorney
Christine.Kenney@usdoj.gov

Robin A. Graham
OSJA
robin.a.graham2.civ@mail.mil

S/ Andrew J. McGowan