IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|                 Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-40128-01-DDC |
| ) | |
| CHRISTINE KILPATRICK, ) | |
|                 Defendant. ) | |
| _____) | |

**MOTION TO MODIFY CONDITIONS
OF PRETRIAL RELEASE**

**COMES NOW** Christine Kilpatrick, by and through counsel, Andrew J. McGowan, Assistant Federal Public Defender for the District of Kansas, and moves this Court for an Order modifying the conditions of her pretrial release to allow Ms. Kilpatrick to have supervised contact with her sons, C.T. and L.V.  In support of this motion, Ms. Kilpatrick states as follows:

    1.  Ms. Kilpatrick is currently on pretrial release.

    2.  On December 8, 2014 the conditions of release were modified by an Order (Doc. 73) to allow Ms. Kilpatrick to travel to the Virgin Islands for 5 days, returning no later than December 16, 2014, and to have supervised contact with her son, C.T.

    3.  Ms. Kilpatrick was unable to make the trip to the Virgin Islands as allowed by the Order due to her mother's declining health.  Her mother is no longer able to travel

and has had frequent trips to the hospital recently. She is suffering from a condition for which there is no present remedy and her health is declining rapidly.

    4.  Ms. Kilpatrick has been in contact with the father of her son, L.V., and he has agreed to allow L.V. to make the trip to Kansas to see his mother.  Ms. Kilpatrick is asking that her conditions of release be modified to allow supervised contact with her son, L.V.  L.V. is scheduled to be here from December 22, 2014, through January 1, 2015. During his stay in Kansas, L.V. will be residing with Ms. Kilpatrick. Her sister, Charlene Kilpatrick, who will also be staying with Ms. Kilpatrick, has agreed to supervise all contact between them. It is anticipated that the children will reside with Christine Kilpatrick during their stay here. That is, in part, because Christine's mother will also be there. When Charlene Kilpatrick visited over Thanksgiving, the state allowed her to supervise meetings Christine Kilpatrick had with the two children in the care of the State of Kansas.

    5.  At this time, Ms. Kilpatrick is not certain that C.T. will be able to make the trip to Kansas to see her, but would ask that the conditions be modified to allow her to have supervised contact with C.T. if he is able to travel to Kansas.  C.T. will also be residing with Ms. Kilpatrick during his stay in Kansas and Ms. Kilpatrick's sister, Charlene Kilpatrick, has agreed to supervise all contact with C.T. as well.

6. The government has been contacted about this request for modification and have indicated that they will defer to her probation officer.

**WHEREFORE**, Ms. Kilpatrick respectfully moves this Court for an Order granting modification of her conditions of pretrial release to allow her to have supervised contact with her sons, L.V. and C.T., during their stay in Kansas.

Respectfully submitted,

S/ Andrew J. McGowan     #16216
ANDREW J. McGOWAN
Assistant Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka KS 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
Email: Andrew_McGowan@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christine Kenney
Assistant United States Attorney
Christine.Kenney@usdoj.gov

Robin A. Graham
OSJA
robin.a.graham2.civ@mail.mil

S/ Andrew J. McGowan

3