IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 13-40128-01-DDC |
| | ) | |
| CHRISTINE KILPATRICK, | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MOTION TO WITHDRAW**
**MOTION TO MODIFY CONDITIONS OF RELEASE**

**COMES NOW** Christine Kilpatrick, by and through counsel, Andrew J.

McGowan, Assistant Federal Public Defender for the District of Kansas, and moves this

Court for an Order allowing withdrawal of the Motion to Modify Conditions of Pretrial

Release (Doc. 74) which was filed on December 22, 2014.

Respectfully submitted,


S/ Andrew J. McGowan    #16216
ANDREW J. McGOWAN
Assistant Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka KS 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
Email: Andrew_McGowan@fd.org

1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 23, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christine Kenney
Assistant United States Attorney
Christine.Kenney@usdoj.gov

Robin A. Graham
OSJA
robin.a.graham2.civ@mail.mil

S/ Andrew J. McGowan