IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )  | |
| Plaintiff,    ) | |
| ) | |
| vs.                                                  ) | Case No. 13-40128-01-DDC |
| ) | |
| CHRISTINE KILPATRICK,           ) | |
| Defendant.    ) | |
| _____) | |

## MOTION TO MODIFY CONDITIONS
## OF PRETRIAL RELEASE

**COMES NOW** Christine Kilpatrick, by and through counsel, Andrew J. McGowan, Assistant Federal Public Defender for the District of Kansas, and moves this Court for an Order modifying the conditions of her pretrial release to allow Ms. Kilpatrick to travel to the Virgin Islands and to have contact with C.T. and L.V. In support of this motion, Ms. Kilpatrick states as follows:

1. Ms. Kilpatrick is currently on pretrial release.

2. On June 10, 2014 the conditions of release were modified by the Consent to Modify Conditions of Release (Doc. 49) to allow Ms. Kilpatrick to have contact with C.T. and L.V. by phone or Skype. Also, as a condition of her release, Ms. Kilpatrick may only travel within the state of Kansas.

3.  In preparation for sentencing, Ms. Kilpatrick is asking to be allowed to travel to the Virgin Islands for a duration of three days, from February 24, 2015 to February 26, 2015, to be able to meet and videotape family members and others from her past and present. An investigator with the Federal Public Defender's office will also travel to the Virgin Islands on those days to interview friends and family members in anticipation of the upcoming sentencing. Counsel intends to provide the Court with selected portions of many these interviews in support of a request for a non-custodial sentence.

4.  Ms. Kilpatrick is asking that her conditions of release be modified to allow supervised contact with C.T. and L.V., so that she may include contact with them in addition to contact with others while she is in the Virgin Islands.

5.  The government has been contacted about this request and has no objection.

**WHEREFORE**, Ms. Kilpatrick respectfully moves this Court for an Order granting modification of her conditions of pretrial release to allow her to travel to the Virgin Islands for three days and to have supervised contact with her sons, C.T. and L.V.

Respectfully submitted,

S/ Andrew J. McGowan     #16216
ANDREW J. McGOWAN
Assistant Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka KS 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
Email: Andrew_McGowan@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christine Kenney
Assistant United States Attorney
Christine.Kenney@usdoj.gov

Robin A. Graham
OSJA
robin.a.graham2.civ@mail.mil


S/ Andrew J. McGowan