IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-40128-01-DDC |
| ) | |
| CHRISTINE KILPATRICK, ) | |
| Defendant. ) | |
| _____) | |

## ORDER MODIFYING CONDITIONS OF RELEASE

**NOW** on this 21st day of May, 2015, the above-entitled matter comes before the Court on the motion of counsel for the accused for an Order modifying the conditions of her pretrial release to allow Ms. Kilpatrick to travel to the Virgin Islands to participate in a funeral service for her mother and bury her there.

**IT IS ALSO ORDERED** that she is allowed supervised contact with C.T., L.V., and C.W. so that she may include contact with them in addition to contact with others while she is in the Virgin Islands so that they may grieve for the passing of her mother and their grandmother together.

**IT IS THEREFORE ORDERED** that Ms. Kilpatrick's conditions of release shall be modified to allow her to travel to the Virgin Islands from **May 25, 2015, through May 30, 2015,** to participate in a funeral service for her mother, and to have supervised contact with her sons, C.T., L.V., and C.W. as stated above.

                                               s/ Daniel D. Crabtree
                                               HONORABLE DANIEL D. CRABTREE
                                               United States District Judge