| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. 13-40128<br>14-40119<br>1. Article Addressed to: 14-40129<br><br>US Dept of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>PO Box 1227<br>Sterling VA 20166-1227 | A. Signature<br>X  *Anjanette Blackshear*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) Anjanette Blackshear  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>SEP 15 2015<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 2780 0003 1927 6287 |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540