IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
   *Plaintiff,*

v.            Case No. 13-40128-01-DDC

**CHRISTINE KILPATRICK,**
   *Defendant.*
_____

**ORDER**
_____

  NOW ON THIS <u>22nd</u> day of August, 2017, it is hereby ordered that Andrew J. McGowan, Assistant Federal Public Defender for the District of Kansas, be appointed to provide consultation and representation for the above-named individual.

  IT IS SO ORDERED.

            <u>s/ K. Gary Sebelius</u>
            HONORABLE K. GARY SEBELIUS
            United States Magistrate Judge