## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
            *Plaintiff,*

v.                                          Case No. **13-40128-01-DDC**

**CHRISTINE KILPATRICK,**
            *Defendant.*
_____

## UNOPPOSED MOTION FOR EARLY DISCHARGE
## FROM SUPERVISED RELEASE
_____

Christine Kilpatrick, by and through undersigned counsel, and pursuant to 18 U.S.C. § 3583(e), respectfully requests the Court to enter an order for early termination of his supervised release.

Ms. Kilpatrick shows the Court:

1. Ms. Kilpatrick was convicted of one count of Accessory After the Fact. She was sentenced on April 23, 2015, to a term of imprisonment of 12 months and 1 day to be followed by two years of supervised release.

2.      Her term of supervised release began in May of 2016, and expires in May of 2018. Ms. Kilpatrick has completed over 16-months of her supervised release term.

3.      Ms. Kilpatrick has been compliant during her term of supervision and has not had any violations during this time.

4.      Ms. Kilpatrick participated in an approved program for mental health treatment, as required by the conditions of his supervision.

5.      Ms. Kilpatrick has paid the $100 special assessment.

6.      None of the factors in 18 U.S.C. § 3553(a) militate against this early discharge. Ms. Kilpatrick's performance under supervised release has shown that the ends of justice will not be furthered by continued supervision in this case.

7.      Neither the counsel for the government nor the probation office have any objections to this motion for early discharge.

WHEREAS, Ms. Kilpatrick's conduct while under Court supervision has been compliant, and she has received maximum benefit from supervision.  Both the interests of the public and Ms. Kilpatrick will be served by releasing her from further obligations under this sentence.

Respectfully submitted,

s/ Andrew J. McGowan
Andrew J. McGowan  #16216
Assistant Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka KS 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
Email: Andrew_McGowan@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2017, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christine E. Kenney
Assistant United States Attorney
Christine.kenney@usdoj.gov

Robin A. Graham
Special Assistant United States Attorney
robin.a.graham2.civ@mail.mil

I further certify that a copy of the foregoing was emailed to:

Joel Cromwell
U.S. Supervised Release Officer
joel_cromwell@ksp.uscourts.gov

s/ Andrew J. McGowan
Andrew J. McGowan