## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

v.                                                        Case No. **13-40128-01-DDC**

**CHRISTINE KILPATRICK,**
    *Defendant.*

_____

## ORDER FOR EARLY DISCHARGE
## FROM SUPERVISED RELEASE

_____

NOW ON THIS 27th day of September, 2017, defendant's motion pursuant to 18 U.S.C. § 3583(e)(1) for an order of early discharge from supervised release is ready for decision.  The court has considered the factors set forth in 18 U.S.C. § 3553(a) and the recommendations of the supervised release officer.  Hearing no objection from the Probation Officer or the Government, the court finds that early discharge from supervised release is warranted by the conduct of the defendant and is in the interest of society.

IT IS THEREFORE ORDERED that pursuant to 18 U.S.C. § 3583(e)(1) the defendant is hereby discharged from supervised release forthwith.


s/ Daniel D. Crabtree
DANIEL D. CRABTREE
United States District Judge